THOMAS E. WINNER
Nevada Bar No. 5168
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@awslawyers.com

Attorneys for Defendant
National General Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EARNEST PLATT,<br><br>            Plaintiff,<br><br>vs.<br><br>NATIONAL GENERAL INSURANCE COMPANY, DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>            Defendants. | CASE NO.:<br>DEPT. NO.:<br><br>**PETITION FOR REMOVAL** |

Defendant, NATIONAL GENERAL INSURANCE COMPANY, now petitions this Court for the removal of the above entitled case from the Eighth Judicial District Court of Clark County, Nevada, where it is now pending, to the United States District Court for the District of Nevada in Las Vegas pursuant to 28 U.S.C. Sections 1332 and 1441(a) *et seq.*

As part of this petition, Defendant/Petitioners shows the Court the following:

I.

Plaintiff commenced the above captioned matter in the Eighth Judicial District Court for the State of Nevada in and for the County of Clark as Case Number A-17-764747-C (Department XIV) on November 15, 2017.

II.

Plaintiff effectuated service of the Complaint onto the Nevada Division of Insurance on December 12, 2017. Defendant received a copy of said Complaint on December 12, 2017. A

copy of Plaintiff's Complaint setting forth the claims for relief upon which the action is based is attached hereto along with the appropriate copies of process and by this reference made a part hereof.

III.

The DOE Defendants in this action have not been identified. It is anticipated that DOE Defendants, if later identified, will be residents of states other than Nevada, and that complete diversity will be maintained.

IV.

This is a civil action for Breach of Contract, Breach of Covenant of Good Faith/Insurance Bad Faith, violation of Unfair Claims Practices Act, and Negligent and/or Intentional Misrepresentation stemming from a motor vehicle accident that occurred on November 12, 2014. Plaintiff seeks recovery of compensatory damages, general damages including medical specials, incidental damages, loss of earning and earning capacity, and exemplary or punitive damages.

V.

Plaintiff's insurance policies through the aforementioned Defendant had a policy limit of $250,000/$500,000 in uninsured/underinsured coverage.

VI.

This Court has original jurisdiction under 28 U.S.C. Section 1332(a) based on diversity of citizenship.

VII.

Upon information and belief, Plaintiff was at the time of the commencement of this action and since that time, is an individual citizen, and resident of the State of Nevada.

VIII.

At the time of the commencement of this action and since that time, Defendant NATIONAL GENERAL INSURANCE COMPANY, was/is incorporated in the State of North Carolina with their principle place of business in the North Carolina.

IX.

1  Accordingly, none of the defendants are citizens of the State of Nevada, where this action
2  was brought.
3  X.
4  Defendant, NATIONAL GENERAL INSURANCE COMPANY, joins in and consents to
5  the removal of this action pursuant to 28 U.S.C. 1446(b)(2)(A).
6  XIII.
7  Plaintiff served the Complaint to the Nevada Division of Insurance on December 12,
8  2017. Defendant received the aforementioned Complaint on December 12, 2017, as supported by
9  the attached Proof of Service. As a result, this Petition for Removal is timely filed under 28
10 U.S.C. Section 1446(b).
11 DATED this ___11___ day of January, 2018.

ATKIN WINNER & SHERROD

Thomas E. Winner
Nevada Bar No. 5168
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant



EXHIBIT A

Electronically Filed
11/15/2017 3:42 PM
Steven D. Grierson
CLERK OF THE COURT

RECEIVED
DEC 12 2017
DIVISION OF INSURANCE
STATE OF NEVADA

**COMP**
BRYAN H. BLACKWELL, ESQ.
Nevada Bar No. 12558
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone:  (702) 444-4444
Fax:     (702) 444-4455
E-mail:  bryan.blackwell@richardharrislaw.com
*Attorneys for Plaintiff*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| EARNEST PLATT,<br><br>  Plaintiff,<br><br>vs.<br><br>NATIONAL GENERAL INSURANCE COMPANY, DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>  Defendants. | CASE NO.: A-17-764747-C<br>DEPT. NO.: Department 14<br><br>**COMPLAINT** |

### PLAINTIFF'S COMPLAINT

Plaintiff, EARNEST PLATT by and through his attorneys, BRYAN H. BLACKWELL, ESQ, of the RICHARD HARRIS LAW FIRM and for his causes of action against Defendants, and each of them, hereby complaint and alleges as follows:

### GENERAL ALLEGATIONS

1. That at all times relevant to these proceedings, Plaintiff, EARNEST PLATT, was and is a resident of Nebraska

///

///

///

2. That Defendant NATIONAL GENERAL INSURANCE COMPANY, (hereinafter "Defendant") was at all times mentioned herein, a corporation, doing business in the State of Nevada.

3. That the true names and capacities of the Defendants designated herein as Doe or Roe Corporations are presently unknown to Plaintiff at this time, who therefore sue said Defendants by such fictitious names. When the true names and capacities of these defendants are ascertained, Plaintiff will amend this Complaint accordingly.

4. That at all times pertinent, Defendants were agents, servants, employees or joint venturers of every other Defendant herein, and at all times mentioned herein were acting within the scope and course of said agency, employment, or joint venture, with knowledge and permission and consent of all other named Defendants.

5. That Plaintiff EARNEST PLATT was the owner and operator of a 2013 GMC SIERRA (the "Vehicle").

6. That on November 12, 2014, in Clark County, Nevada, Plaintiff was struck by a third-party driver and sustained serious injuries while operating the Vehicle.

7. That as a direct and proximate result of the negligence of the third-party driver, Plaintiff sustained bodily injuries all or some of which condition may be permanent and disabling, and all to Plaintiff's damage in a sum in excess of $15,000.

8. That as a direct and proximate result of the negligence of the third-party driver, Plaintiff received medical and other treatment for the aforementioned injuries, and that said services, care, and treatment are continuing and shall continue in the future, all to the damage of Plaintiff.

9. That as a direct and proximate result of the negligence of the third-party driver, Plaintiff has been required to, and has limited occupational and recreational activities, which have caused and shall continue to cause Plaintiff loss of earning capacity, lost wages, physical impairment, mental anguish, and loss of enjoyment of life, in a presently unascertainable amount.

10. The third-party driver paid its represented insurance limits to Plaintiff.

11. That Plaintiff purchased an automobile insurance policy (the "Policy") policy number 2002549387 from Defendant, which provided uninsured/underinsured motorist insurance as well as medical payments coverage insurance to Plaintiff.

12. That following the accident with the third-party driver, and after determining that the third-party driver had insufficient policy limits to cover Plaintiff's injuries, Plaintiff demanded the uninsured/underinsured policy limit payment as well as the full amount of Plaintiff's incurred medical specials from Defendant.

13. That Defendant refused to make adequate payment to Plaintiff as was required under the Policy.

14. That Plaintiff has been required to engage the services of an attorney, and accordingly, have incurred attorney's fees and costs to bring this action.

### FIRST CAUSE OF ACTION

15. Plaintiff repeats and re-alleges the allegations contained in Paragraphs 1 through 14 as if fully set forth herein.

16. That Plaintiff and Defendant were bound by a contractual relationship pursuant to the Policy.

17. That the actions of Defendant, as described herein, constituted a breach of contract between itself and Plaintiff, and as a direct result thereof, Plaintiff has been damaged in a sum in excess of $15,000.00.

### SECOND CAUSE OF ACTION

18. Plaintiffs repeat and re-alleges the allegations contained in Paragraphs 1 through 17 as if fully set forth herein.

19. Pursuant to the contractual arrangement between the parties, Defendant was obligated to pay Plaintiff for damages received and medical expenses incurred as a result of any accident with an underinsured motorist.

20. Retaining amounts it was required to pay pursuant to the contractual agreement

has unjustly enriched Defendant.

21. The actions of Defendant as described herein, constituted unjust enrichment at Plaintiff's expense, and as a direct and proximate result thereof, Plaintiff has been damaged in a sum in excess of $15,000.00.

WHEREFORE, Plaintiffs, expressly reserving rights to amend this Complaint prior to or at the time of trial of this action to insert those items of damage not yet fully ascertainable, prays judgment against the Defendant, and each of them, as follows:

1. For general damages sustained by Plaintiff in an amount in excess of $15,000;
2. For special damages sustained by Plaintiff in an amount in excess of $15,000;
3. For reasonable attorney's fees and costs of suit;
4. Interest at the statutory rate;
5. For such other relief as the Court deems just and proper.

DATED THIS 15 day of November, 2017.

**RICHARD HARRIS LAW FIRM**

/s/ Bryan H. Blackwell

Bryan H. Blackwell, Esq.
Nevada Bar No. 12998
801 S. 4TH Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

EXHIBIT B 

# PROOF OF SERVICE

I hereby declare that on this day I served a copy of the Summons and Complaint upon the following defendant in the within matter, by shipping a copy thereof, via Certified mail, return receipt requested, to the following:

> National General Insurance Company
> Attn: Sally Hall, Claims Compliance Manager
> P.O. Box 3199
> Winston Salem, NC 27102-3199
> CERTIFIED MAIL NO. 7016 3010 0000 0484 1911

I declare, under penalty of perjury, that the foregoing is true and correct.

DATED this 13th day of December, 2017.

*/s/ Rhonda Kelly*
RHONDA KELLY
Employee of the State of Nevada
Department of Business and Industry
Division of Insurance

RE: Earnest Platt vs. National General Insurance Company, et al.
District Court, Clark County, Nevada
Case No. A-17-764747-C

State of Nevada, Division of Insurance
This document on which this certificate is stamped is a full, true and correct copy of the original

Date: 12/13/17  By: *Rhonda Kelly*

-1-

Case 2:18-cv-00067-RFB-CWH   Document 1   Filed 01/11/18   Page 11 of 13

Electronically Issued
12/8/2017 1:39 PM



SUMM

# District Court
## CLARK COUNTY, NEVADA

| | |
|---|---|
| EARNEST PLATT,<br><br>Plaintiff(s),<br><br>-vs-<br><br>NATIONAL GENERAL INSURANCE COMPANY,<br>DOES I - X, and ROE CORPORATIONS I - X,<br>inclusive,<br><br>Defendant(s), | CASE NO. A-17-764747-C<br>DEPT. NO. XIV<br><br><br><br>**SUMMONS**<br>to National General Insurance Company |

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

TO THE DEFENDANT(S): A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

**National General Insurance Company**

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you exclusive of the day of service, you must do the following:
   (a) File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.
   (b) Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint

Submitted by:

/s/ Travis H. Dunsmoor

**TRAVIS H. DUNSMOOR, ESQ.**
Nevada Bar No: 13111
**RICHARD HARRIS LAW FIRM**
801 South 4th Street
Las Vegas, NV 89101
702-444-4444
*Attorneys for Plaintiff*

STEVEN D. GRIERSON
CLERK OF COURT

By: Josefina San Juan    12/8/2017
DEPUTY CLERK             Date
Regional Justice Center
200 Lewis Avenue
Las Vegas, NV 89155

Case Number: A-17-764747-C



EXHIBIT C

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
EARNEST PLATT

### DEFENDANTS
NATIONAL GENERAL INSURANCE COMPANY

(b) County of Residence of First Listed Plaintiff: clark
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: north carolina
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Travis Dunsmoore, Richard Harris Law Firm, 801 South Fourth Street, Las Vegas, Nevada 89101; (702) 444-4444

Attorneys *(If Known)*
Thomas E. Winner, Atkin Winner & Sherrod, 1117 South Rancho Drive, Las Vegas, Nevada 89102; (702) 243-7000

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332 and 28 U.S.C. 1441
Brief description of cause:
Breach of Contract/Bad Faith

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____