THOMAS E. WINNER
Nevada Bar No. 5168
CAITLIN J. LORELLI
Nevada Bar No. 14571
**ATKIN WINNER & SHERROD**
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@awslawyers.com
clorelli@awslawyers.com
*Attorneys for Defendant National General Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EARNEST PLATT,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL GENERAL INSURANCE COMPANY, DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-00067-RFB-CWH<br><br>**STIPULATION & ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Joshua Dowling, of the Richard Harris Law Firm, attorney for the Plaintiff, EARNEST PLATT, and Thomas E. Winner and Caitlin J. Lorelli of the law firm of Atkin Winner & Sherrod, attorneys for Defendant, NATIONAL GENERAL INSURANCE COMPANY that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

///
///
///
///
///
///

Page 1 of 3

11-18671.docx

1 | IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above referenced matter.

DATED this __1__ day of ~~May~~ August, 2019.

ATKIN WINNER & SHERROD

_____
Thomas E. Winner
Nevada Bar No. 5168
Caitlin J. Lorelli
Nevada Bar No. 14571
1117 South Rancho Drive
Las Vegas, Nevada 89102

RICHARD HARRIS LAW FIRM

_____
Joshua Dowling
Nevada Bar No. 12956
801 South Fourth Street
Las Vegas, NV 89101

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter.

IT IS FURTHER ORDERED that no trial date has been scheduled in the above referenced matter.

DATED this __5th__ day of __August__ 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Submitted by:

ATKIN WINNER & SHERROD, LTD.

_____
Thomas E. Winner
Nevada Bar No. 5168
Caitlin J. Lorelli
Nevada Bar No. 14571
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant

Case No.: A-17-764747-C

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com